SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:    1.  *Intake Clerk* *

       2.  *Case Administrator*

UC

FROM:    *Financial Administrator*

DATE: 7/15/2016

CASE NAME: Horton

CASE NUMBER: 15-70762-JAD

Check Number 1000814 in the amount of $ 117.81 was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: 11546        Intake Clerk's Initials

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA
## U.S. STEEL TOWER - SUITE 3250
## 600 GRANT STREET
## PITTSBURGH, PA 15219
## TELEPHONE: (412) 471-5566
## FAX: (412) 471-5470
## Email - inquiries@chapter13trusteewdpa.com

**RONDA J. WINNECOUR**
**STANDING TRUSTEE**
07/13/2016

| | | |
|---|---|---|
| Michael R. Rhodes, Esquire | OR | Michael R. Rhodes, Esquire |
| Clerk, US Bankruptcy Court | | Clerk, US Bankruptcy Court |
| 5414 U.S. Steel Tower | | U.S. Courthouse, Room B160 |
| 600 Grant Street | | 17 South Park Row |
| PIttsburgh, PA  15219 | | Erie,  PA  16501 |

Re: SHARON E. HORTON

Case No: 15-70762JAD

Dear Mr. Rhodes:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor.  The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan.  The address shown is based on the Trustee's best and most recent information.
.

Chase Mortgage<br>
Po Box 24696<br>
Columbus,OH 43224-0696

CHECK NUMBER 1000814        AMOUNT $117.81

   The disbursement(s) was returned to the Trustee for the following reason:

Creditor returned funds.

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

    /s/ Jackie Blough
    Administrative Assistant
    for Ronda J. Winnecour, Esq.
    Chapter 13 Trustee

CC:RICHARD G ALLEN ESQ
SHARON E. HORTON

Chase Mortgage