**The Law Offices of Richard G. Allen**

132 Gazebo Park #150

Johnstown, PA 15901

(814)240-1013

www.johnstownbankruptcy.com

richarda@johnstownbankruptcy.com





9/19/2016

Richard G. Allen, Esq.
The Law Offices of Richard G. Allen
132 Gazebo Park #150, Johnstown, PA 15901

U.S. Bankruptcy Court
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

    **RE:**    **Sharon E. Horton - Chapter 13 case No. 15-70762-JAD**

To Whom It May Concern:

    In May of 2016, Ms. Horton's mortgage lender (Chase Mortgage) informed counsel they would not be offering her any loan modification.  Chase Mortgage stated it would not modify the mortgage because it was a balloon note that had already matured.  No proposed modification was ever proffered.

Date:  September 19th, 2016

Respectfully Submitted:

**/s/ Richard G. Allen, Esquire**

Richard G. Allen, Esquire

P.O. Box 434, Blairsville, PA 15717

PA ID #   304865

(814) 240-1013 (phone)

(814) 806-2754 (fax)

richarda@johnstownbankruptcy.com