**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| SHARON E. HORTON | Case No.:15-70762 JAD |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/05/2015 and confirmed on 01/19/2016. The case was subsequently
(B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,030.73 |
| Less Refunds to Debtor | 1,246.14 | |
| TOTAL AMOUNT OF PLAN FUND | | 2,784.59 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 573.87 | |
|   Trustee Fee | 111.70 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 685.57 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CHASE MORTGAGE | 34,350.00 | 1,055.38 | 0.00 | 1,055.38 |
|     Acct: 6780 | | | | |
|   DITECH FINANCIAL LLC | 0.00 | 676.91 | 0.00 | 676.91 |
|     Acct: 4159 | | | | |
|   ALLY FINANCIAL(*) | 12,150.00 | 0.00 | 248.92 | 248.92 |
|     Acct: 6764 | | | | |
| | | | | 1,981.21 |
| **Priority** | | | | |
|   RICHARD G ALLEN ESQ | 1,000.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHARON E. HORTON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHARON E. HORTON | 415.38 | 415.38 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHARON E. HORTON | 623.07 | 623.07 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHARON E. HORTON | 207.69 | 207.69 | 0.00 | 0.00 |
|     Acct: | | | | |

| 15-70762 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   LAW OFFICES OF RICHARD G ALLEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   RICHARD G ALLEN ESQ | 3,000.00 | 573.87 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CLERK, U S BANKRUPTCY COURT | 117.81 | 117.81 | 0.00 | 117.81 |
|     Acct: XXXXXXXXXXGAGE | | | | |
| | | | | 117.81 |
| Unsecured | | | | |
|   ALLY FINANCIAL** | 279.39 | 0.00 | 0.00 | 0.00 |
|     Acct: 4243 | | | | |
|   CAPITAL ONE BANK (USA), N.A. | 1,919.93 | 0.00 | 0.00 | 0.00 |
|     Acct: 0033 | | | | |
|   CAPITAL ONE BANK (USA), N.A. | 1,148.45 | 0.00 | 0.00 | 0.00 |
|     Acct: 4806 | | | | |
|   CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4728 | | | | |
|   CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4756 | | | | |
|   CAPITAL ONE NA** | 577.80 | 0.00 | 0.00 | 0.00 |
|     Acct: 7910 | | | | |
|   NATIONAL RECOVERY AGENCY GROUP** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0279 | | | | |
|   NEW CENTURY FINANCIAL SVCS INC | 1,095.77 | 0.00 | 0.00 | 0.00 |
|     Acct: 3340 | | | | |
|   MIDLAND FUNDING LLC | 1,424.03 | 0.00 | 0.00 | 0.00 |
|     Acct: 4111 | | | | |
|   TSI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0095 | | | | |
|   QUANTUM3 GROUP LLC AGNT - SADINO FU | 3,549.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 3324 | | | | |
|   ALLY FINANCIAL(*) | 5.88 | 0.00 | 0.00 | 0.00 |
|     Acct: 6764 | | | | |
|   ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3340 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4111 | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                         2,099.02

TOTAL CLAIMED
PRIORITY               117.81
SECURED             46,500.00
UNSECURED          10.000.33

Date: 09/21/2016                              /s/ Ronda J. Winnecour
                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com